**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ERCOLE USA LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA FBS Fortified and Ballistic Security <br> DBA Custom Security Doors |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-2808104 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 700 S. Rosemary Ave   Suite 204 <br> West Palm Beach, FL 33401 <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Palm Beach <br> County | **Location of principal assets, if different from principal place of business** <br> 3724 NW 126th Ave Coral Springs, FL 33065 <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.customsecuritydoors.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | ERCOLE USA LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    ERCOLE USA LLC      Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### ▆ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | ERCOLE USA LLC | Case number (*if known*) | |
|--------|----------------|--------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 30, 2024
MM / DD / YYYY

**X** /s/  David Vranicar                                      David Vranicar
Signature of authorized representative of debtor              Printed name

Title    Managing Director

**18. Signature of attorney**

**X** /s/ Julianne Frank                              Date    January 30, 2024
Signature of attorney for debtor                             MM / DD / YYYY

Julianne Frank
Printed name

Julianne Frank, Atty at Law
Firm name

4495 Military Trl
Jupiter, FL 33458-4818
Number, Street, City, State & ZIP Code

Contact phone    (561) 389-8660        Email address    julianne@jrfesq.com

FL
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name ____ERCOLE USA LLC____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF FLORIDA____

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

---

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____January 30, 2024____    **X** /s/   David Vranicar
_____
Signature of individual signing on behalf of debtor

David Vranicar
_____
Printed name

Managing Director
_____
Position or relationship to debtor

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   ERCOLE USA LLC | |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ADP 400 Covina Blvd San Dimas, CA 91773 | | | | | | $15,293.00 |
| Alisped c/o Leviton Law Firm Ltd One Pierce Place, Suite 725W Itasca, IL 60143 | | | | | | $16,500.00 |

Debtor  ERCOLE USA LLC
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City National Bank of Florida 100 SE 2nd St., 13th Floor Miami, FL 33131 | | need any amounts in petty cash or on hand Bank of America7312 Security deposit with landlord Current Accounts Receivable Non current Accounts receivable $161,000  Likely uncollectible Desks and Credenzas, Associated Office Fixtures, Conference Room Table and Chairs 6 computers with screens ercoleusa.comfbsdoors.comballisticsecuritydoors.comitaliansecuritydoors.comcustomsecuritydoors.comcustomsecuritywindows.comfbswindows.comgetfbs.comcustomsecuritydoor.com Collection cause of action in Circuit Court, Broward County: Ercole USA LLC v. Garrison, Dre, Case No. COWE-23-003374 Collections cause of action in Circuit Court, Broward County: Ercole USA LLC v. Kincaid, Dana, Case No. COWE-23-004268 Possible collection cause of action against Deana Koenig,[need case details and complaints for all cases] Minimal office supplies | Disputed | $495,000.00 | $247,000.00 | $408,202.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     

| Debtor | ERCOLE USA LLC | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Credit Key 145 S. Fairfax Ave. 2nd Floor Los Angeles, CA 90036 | | Equipment financing | Disputed | | | $14,968.57 |
| Doreen Walker c/o Barry Rothberg Greenberg Taurig, PA 333 SE 2nd Ave. Fort Lauderdale, FL 33324 | | Pending lawsuit - see SOFA #7 | Disputed | | | $250,000.00 |
| Fintegra LLC 1150 1st Ave. Suite 105 King of Prussia, PA 19406 | | Pending lawsuit - see SOFA #7 | Disputed | | | $65,000.00 |
| Flexibility Capital 1501 Broadwayy Suite 1511 New York, NY 10036 | | | Disputed | | | $95,000.00 |
| Harness Automation 721 Lakewood Hills Terrace Austin, TX 78732 | | Software | Disputed | | | $60,000.00 |
| Headway Capital LLC 175 W. Jackson Blvd., Suite 100 Chicago, IL 60604 | | | | | | $30,000.00 |
| Navitas Credit Corp. 203 Fort Wade Rd., Suite 300 Ponte Vedra Beach, FL 32081 | | | Disputed | $25,000.00 | $0.00 | $25,000.00 |
| On Deck Capital 901 N. Stuart Street, FL 7 Arlington, VA 22203 | | | Disputed | | | $55,000.00 |
| Quickbooks Captial c/o Intuit Financing 2700 Coast Avenue, Mountain View, CA, 94043 Mountain View, CA 94043 | | Loan | | | | $25,000.00 |
| Sandow Publishing 3651 FAU Blvd. Boca Raton, FL 33431 | | Advertising | Disputed | | | $40,000.00 |

Debtor   ERCOLE USA LLC
_____          Case number *(if known)*   _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shackelford Bowen McKinley & Norton LLP 1 Music Circle South, Suite 300 Nashville, TN 37203 | | Legal services | Disputed | | | $35,000.00 |
| Slope Tech 7 Freelon St. San Francisco, CA 94107 | | Equipment financing | Disputed | | | $30,000.00 |
| Steven Schuler c/o Jeffery Wertmann 201 East Las Olas Blvd., Suite 1500 Fort Lauderdale, FL 33301 | | | Disputed | | | $20,000.00 |
| Swift Financial LLC 2211 North First Street San Jose, CA 95131 | | MCA | Disputed | | | $90,000.00 |
| Ventana Serra LLC c/o Spector Rubin Spencer J. Wellborn, Esq. Andrew R. Spector, Esq. 3250 Mary Street, Suite 405 Miami, FL 33133 | | Pending lawsuit - see SOFA #7 | Disputed | | | $18,000.00 |
| WebFX 705 N. Front St. Harrisburg, PA 17102 | | Web marketing | | | | $30,000.00 |
| Zen Media 4614 SW 74th Ave. Miami, FL 33155 | | Marketing | | | | $18,500.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ERCOLE USA LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $      0.00

   1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $      92,428.13

   1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $      92,428.13

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      520,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      7,144.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      986,235.65

4. **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b      $      1,513,380.22

**Fill in this information to identify the case:**

Debtor name   ERCOLE USA LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America7312 | Checking | 7312 | $43,320.00 |
| 3.2. | Quickbooks | Checking | 0911 | $630.13 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$43,950.13**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with landlord | $10,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    ERCELE USA LLC                                    Case number *(If known)*
          Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                   | $10,000.00 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 29,978.00 | - | 0.00 | = .... | $29,978.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 160,910.00 | - | 160,910.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                 | $29,978.00 |
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture**<br>Desks and Credenzas, Associated Office Fixtures, Conference Room Table and Chairs | Unknown | | $1,000.00 |

40.    **Office fixtures**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor      ERCOLE USA LLC                                    Case number *(If known)* _____
            Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | 6 computers with screens | Unknown | | $2,500.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | $3,500.00 |
|---|---|---|
| | Add lines 39 through 42.   Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Leika BLK360 GT   3d Measuring machine | $5,000.00 | Liquidation | $5,000.00 |

| 51. | **Total of Part 8.** | $5,000.00 |
|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    ERCOLE USA LLC
_____    Case number (If known) _____
          Name

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** ercoleusa.com fbsdoors.com ballisticsecuritydoors.com italiansecuritydoors.com customsecuritydoors.com customsecuritywindows.com fbswindows.com getfbs.com customsecuritydoor.com | $0.00 | N/A | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    ERCOLE USA LLC                           Case number *(If known)*
           Name

Collection cause of action in Circuit Court, Broward County:
Ercole USA LLC v. Garrison, Dre, Case No.
COWE-23-003374                                         Unknown

**Nature of claim**

**Amount requested**            $0.00

Collections cause of action in Circuit Court, Broward County:
Ercole USA LLC v. Kincaid, Dana, Case No.
COWE-23-004268                                         Unknown

**Nature of claim**

**Amount requested**            $0.00

Possible collection cause of action against Deana
Koenig,[need case details and complaints for all cases]               Unknown

**Nature of claim**

**Amount requested**            $0.00

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Minimal office supplies                                             Unknown

78.    **Total of Part 11.**                                         $0.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    ERCOLE USA LLC
_____
Name

Case number *(If known)* _____

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,950.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,978.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $92,428.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $92,428.13 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name ___ERCOLE USA LLC___ |
| United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** | CHTD Company
Creditor's Name

**Describe debtor's property that is subject to a lien**                                    Unknown        $0.00

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**
Improper UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/5/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.2** | CHTD Company
Creditor's Name

**Describe debtor's property that is subject to a lien**                                    Unknown        $0.00

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

**Describe the lien**
Improper UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/8/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| Debtor | ERCOLE USA LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | City National Bank of Florida | Describe debtor's property that is subject to a lien | $495,000.00 | $247,000.00 |
|---|---|---|---|---|

Creditor's Name

100 SE 2nd St., 13th Floor
Miami, FL 33131

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/20/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

First position lien secured by all of   Debtor's assets (UCC-1 #202005095522 filed 10/20/2020)

**Describe the lien**
Secured by debtor assets (UCC-1)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.4 | Fintegra LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o David Fogel
1225 Franklin Ave Suite 201
Garden City, NY 11530

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Improper UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.5 | Flexibility Capital Inc. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

1501 Broadway, Suite 1511
New York, NY 10036

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/15/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**Describe the lien**
Improper UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor   ERCOLE USA LLC
         _____
         Name                                          Case number (if known) _____

| | including this creditor and its relative priority. | ☐ Unliquidated<br>☒ Disputed | | |

---

| 2.6 | Navitas Credit Corp. | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |

Creditor's Name

203 Fort Wade Rd., Suite 300
Ponte Vedra Beach, FL 32081

Creditor's mailing address

**Describe the lien**
Invalid Perfection
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
9/15/2023
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $520,000.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Flexibility Capital Inc.<br>AWN&R Commercial Law Group, PLLC<br>Jeffrey Parrella, Esq.<br>14 Wall Street, 20th Floor<br>New York, NY 10005 | Line   2.5 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name __ERCOLE USA LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>5050 W Tennessee St<br><br>Tallahassee, FL 32399 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,144.57 | $7,144.57 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Ademco Inc. dba ADI<br>PO Box 10048<br>Dallas, TX 75373-1340 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
| Date(s) debt was incurred _3/15/2023_ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>ADP<br>400 Covina Blvd<br>San Dimas, CA 91773 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,293.00 |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor   ERCOLE USA LLC
_____
         Name                                                    Case number (if known) _____

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Alisped<br>c/o Leviton Law Firm Ltd<br>One Pierce Place, Suite 725W<br>Itasca, IL 60143<br><br>**Date(s) debt was incurred**  11/15/2022<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $16,500.00 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>ArcBest<br>PO Box 10048<br>Fort Smith, AR 72917-0048<br><br>**Date(s) debt was incurred**  9/15/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $4,500.00 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Bespoke Finish<br>3134 California St. NE<br>Suite 116<br>Minneapolis, MN 55418<br><br>**Date(s) debt was incurred**  9/15/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $4,279.87 |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Capital I on Tap<br>675 Ponce De Leon Ave NE #8500, Atlanta, GA 30308<br>Atlanta, GA 30308<br><br>**Date(s) debt was incurred**  5/2/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $7,500.00 |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Clicklease LLC<br>1182W W 2400 S.<br>West Valley City, UT 84119<br><br>**Date(s) debt was incurred**  6/15/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Lease to own tools<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $7,500.00 |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Credit Key<br>145 S. Fairfax Ave. 2nd Floor<br>Los Angeles, CA 90036<br><br>**Date(s) debt was incurred**  3/15/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Equipment financing<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $14,968.57 |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $5,391.52 |

Debtor    ERCOLE USA LLC                                      Case number (if known)
          Name

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |

Doreen Walker
c/o Barry Rothberg Greenberg Taurig, PA
333 SE 2nd Ave.
Fort Lauderdale, FL 33324

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Pending lawsuit - see SOFA #7

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,678.54 |

Famis Inc.
5689 NW 35th Ct.
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/1/2023

**Basis for the claim:** Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,000.00 |

Fintegra LLC
1150 1st Ave. Suite 105
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 8/15/2023

**Basis for the claim:** Pending lawsuit - see SOFA #7

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $95,000.00 |

Flexibility Capital
1501 Broadwayy Suite 1511
New York, NY 10036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,000.00 |

Franco Vaga
145-68 228th St.
Springfield Gardens, NY 11413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Shipping services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,500.00 |

Fredman CPA
8958 W. State Rd. 84
Fort Lauderdale, FL 33324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/15/2022

**Basis for the claim:** Accounting services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,000.00 |

Harness Automation
721 Lakewood Hills Terrace
Austin, TX 78732

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 1/15/2023

**Basis for the claim:** Software

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,000.00 |

Headway Capital LLC
175 W. Jackson Blvd., Suite 100
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

Debtor **ERCOLE USA LLC**
Name

Case number (if known)

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,006.80 |
|---|---|---|---|

Hertz
Via Del Casale Cavallari 204
Rome Italy,          00156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/15/2023

**Basis for the claim:** Rental car damage - unsecured

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,649.52 |
|---|---|---|---|

Home Depot Credit Services
PO Box 790340
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,300.00 |
|---|---|---|---|

Home Show
1001 W. Cypress Creek Rd., Suit 100
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/15/2022

**Basis for the claim:** Marketing

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,462.71 |
|---|---|---|---|

JAS Forwarding
c/o Tucker, Albin & Associates
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 5/15/2021

**Basis for the claim:** Shipping

**Last 4 digits of account number** 1904

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.00 |
|---|---|---|---|

Kinetix Solutions
5350 West Hillsboro Blvd., Suite 206
Coconut Creek, FL 33073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/15/2023

**Basis for the claim:** Computer service

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,091.16 |
|---|---|---|---|

Lowes - Synchrony Bank
Attn. Bankruptcy Dept.
PO Box 71783
Philadelphia, PA 19176-1783

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $466.22 |
|---|---|---|---|

Message Media (Trusaltus)
c/o Altus Receivables Management
2121Arline Drive, Suite 520

Metairie, LA 70002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/2023

**Basis for the claim:** phone service

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    ERCOLE USA LLC
_____     Case number (if known) _____
Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,000.00 |
|---|---|---|---|

On Deck Capital
901 N. Stuart Street, FL 7
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 1/10/2022

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Quickbooks Captial
c/o Intuit Financing
2700 Coast Avenue, Mountain View, CA, 94043
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/15/2020

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Rubeles Inc.
12195 North East 2nd Ave
Miami, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/15/2023

**Basis for the claim:** Labor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Sandow Publishing
3651 FAU Blvd.
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 5/1/2020

**Basis for the claim:** Advertising

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,000.00 |
|---|---|---|---|

Shackelford Bowen McKinley & Norton LLP
1 Music Circle South, Suite 300
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 5/15/2021

**Basis for the claim:** Legal services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Slope Tech
7 Freelon St.
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 5/24/2022

**Basis for the claim:** Equipment financing

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Steven Schuler
c/o Jeffery Wertmann
201 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 6/15/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,000.00 |
|---|---|---|---|

Swift Financial LLC
2211 North First Street
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 7/15/2022

**Basis for the claim:** MCA

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Debtor   **ERCOLE USA LLC**                                          Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.33
**Nonpriority creditor's name and mailing address**
US Small Business Administration
2 North Street Suite 320

Birmingham, AL 35203
**Date(s) debt was incurred** _11/15/2020_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Satisfied and unreleased UCC-1 #202003415643 filed_
_11/15/2020_
Is the claim subject to offset? ☒ No   ☐ Yes

---

3.34
**Nonpriority creditor's name and mailing address**
Ventana Serra LLC
c/o Spector Rubin
Spencer J. Wellborn, Esq.
Andrew R. Spector, Esq.
3250 Mary Street, Suite 405

Miami, FL 33133
**Date(s) debt was incurred** _9/15/2023_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $18,000.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Pending lawsuit - see SOFA #7_
Is the claim subject to offset? ☒ No   ☐ Yes

---

3.35
**Nonpriority creditor's name and mailing address**
Verozza
3025-A Ch. Bates
Montreal, QC H3S 2W8 Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $247.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lighting_
Is the claim subject to offset? ☒ No   ☐ Yes

---

3.36
**Nonpriority creditor's name and mailing address**
WebFX
705 N. Front St.
Harrisburg, PA 17102
**Date(s) debt was incurred** _8/15/2023_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $30,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Web marketing_
Is the claim subject to offset? ☒ No   ☐ Yes

---

3.37
**Nonpriority creditor's name and mailing address**
Zen Media
4614 SW 74th Ave.
Miami, FL 33155
**Date(s) debt was incurred** _1/15/2023_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $18,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing_
Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Fintegra LLC c/o David Fogel, Esq.<br>1225 Franklin Avenue<br>Suite 201<br><br>Garden City, NY 11530 | Line _3.12_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | ERCOLE USA LLC | Case number (if known) | |
|--------|----------------|------------------------|--|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2    Swift Financial LLC<br>c/o Stacey R. Gorin<br>Capehart & Soatchard PA<br>80000 Midatlantic Dr. Suite 300-S<br>Mt. Laurel, NJ 08054<br>Mount Laurel, NJ 08054 | Line   <u>3.32</u><br><br>☐   Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 7,144.57 |
| 5b. Total claims from Part 2 | 5b.   +   $ | 986,235.65 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c.   $ | 993,380.22 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ERCOLE USA LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of business premises located at 3724 NW 126th Ave., Coral Springs, FL 33065 (commenced 7/2022) | |
| | State the term remaining | 3.5 YEARS | |
| | List the contract number of any government contract | | BIGGIE INVESTMENTS SAWGRASS PLACE LLLP 3740 NW 126th Ave Coral Springs, FL 33065 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Executory Settlement Agreement    6/2/23 | |
| | State the term remaining | | Steven Schuler c/o Jeffrey Wertman 201 East Las Olas Blvd Fort Lauderdale, FL 33301 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Branch office | |
| | State the term remaining | ONE YEAR | |
| | List the contract number of any government contract | | Venture X West Palm Beach 700 S. Rosemary Square West Palm Beach, FL 33401 |

**Fill in this information to identify the case:**

Debtor name ___ERCOLE USA LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4  David Vranicar | 5012 NW 86th Way<br>Coral Springs , FL 33007 | Clicklease LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.5  David Vranicar | 5012 NW 86th Way<br>Coral Springs , FL 33007 | City National Bank of Florida | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.6  David Vranicar | 5012 NW 86th Way<br>Coral Springs , FL 33007 | Fintegra LLC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____ERCOLE USA LLC_____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF FLORIDA____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $41,996.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,810,795.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $1,591,691.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    ERCOLE USA LLC _____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    PLEASE PROVIDE LIST | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    David Vranicar<br>5012 NW 86th Way<br>Coral Springs, FL 33007<br>Sole Member | Year Prior | $111,000.00 | Repayment on business loans<br>(credit cards used for business) |
| 4.2.    David Vranicar<br>5012 NW 86th Way<br>Coral Springs , FL 33007<br>Sole Member | Year prior | $131,309.00 | Salary and benefits |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  ERCOLE USA LLC _____    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Walker, Doreen, et al v. Ercole USA, LLC<br>(Product Liability)<br>CACE-22-013527 | Civil | Clerk of Circuit Court, Broward County<br>201 S.E. 6th Street<br><br>Fort Lauderdale, FL 33301 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Ventana Serra v. Ercole USA LLC<br> 2023-171114-CC-25<br>PLEASE CONFIRM | Contract | Clerk of Circuit Court, Broward County<br>201 S.E. 6th Street<br><br>Fort Lauderdale, FL 33301 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Ercole USA LLC v. Garrison, Dre<br>COWE-23-003374 | Collection | Clerk of Circuit Court, Broward County<br>201 S.E. 6th Street<br><br>Fort Lauderdale, FL 33301 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Ercole USA LLC v. Kincaid, Dana<br>COWE-23-004268 | Collection | Clerk of Circuit Court, Broward County<br>201 S.E. 6th Street<br><br>Fort Lauderdale, FL 33301 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Fintegra LLC v. Ercole USA LLC   P<br>Case number pending | Collection | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Flexibility Capital, Inc. v. Ercole USA LLC<br>Case Number pending | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☒ None

| Debtor | ERCOLE USA LLC | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Julianne R. Frank, PA
4495 Military Trail, Suite 107
Jupiter, FL 33458 | | December 2023 and January 2024 Prebankruptcy planning and analysis | $4,160.00 |
| | Email or website address
juliannefranklaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Julianne Frank PA
4495 Military Trail Suite 107
Jupiter, FL | 10000 | January 2024 Prefiling matters | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Julianne Frank PA
4495 Military Trail Suite 107
Jupiter, FL | Chapter 11 retainer | January 2024 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

Debtor    ERCOLE USA LLC _____    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | 3350 NW 2nd Ave Suite A28<br>Boca Raton, FL 33431 | 7/2019-7/2022 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    ERCOLE USA LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | City National Bank | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| David Vranicar<br>5012 Northwest 86th Way<br>Pompano Beach, FL 33067 | 3724 NW 126th Ave<br>Coral Springs, FL 33065 | Speakers and TVs | $5,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| David Vranicar<br>5012 Northwest 86th Way<br>Pompano Beach, FL 33067 | 3724 NW 126th Ave.<br>Coral Springs, FL 33065 | Popcorn machine | $500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| David Vranicar<br>5012 Northwest 86th Way<br>Pompano Beach, FL 33067 | 3724 NW 126th Ave<br>Coral Springs, FL 33065 | Kitchen appliances | $2,500.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   ERCOLE USA LLC _____   Case number *(if known)* _____

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Alfonso Guerro Blum and Blum<br>5511 North University Drive<br>Suite 101<br>Pompano Beach, FL 33067 | 5/2022 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    ERCOLE USA LLC                                          Case number *(if known)*_____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Alfonso Guerro Blum and Blum 5511 North University Drive Suite 101 Pompano Beach, FL 33067 | 5/2022-to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Alfonso Guerro Blum and Blum 5511 North University Drive Suite 101 Pompano Beach, FL 33067 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Vranicar | 5012 NW 86th Way Coral Springs, FL 33007 | Sole Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. David Vranicar | Repayment of personal credit cards used for business purposes | On year prior to filing | Operating funds lending source |
| **Relationship to debtor** Sole Member | | | |

Debtor    ERCOLE USA LLC                                    Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 30, 2024

/s/   David Vranicar                                    David Vranicar
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

# United States Bankruptcy Court
## Southern District of Florida

In re    ERCOLE USA LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Vranicar<br>5012 Northwest 86th Way<br>Coral Springs, FL 33067 | Sole Member | None | 100% interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 30, 2024

Signature    /s/ David Vranicar

David Vranicar

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    ERCOLE USA LLC                                    Case No.
                              Debtor(s)           Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 30, 2024                    /s/  David Vranicar
                                              David Vranicar/Managing Director
                                              Signer/Title

Ademco Inc. dba ADI
PO Box 10048
Dallas, TX 75373-1340


ADP
400 Covina Blvd
San Dimas, CA 91773


Alisped
c/o Leviton Law Firm Ltd
One Pierce Place, Suite 725W
Itasca, IL 60143


ArcBest
PO Box 10048
Fort Smith, AR 72917-0048


Bespoke Finish
3134 California St. NE  Suite 116
Minneapolis, MN 55418


BIGGIE INVESTMENTS SAWGRASS PLACE LLLP
3740 NW 126th Ave
Coral Springs, FL 33065


Capital l on Tap
675 Ponce De Leon Ave NE #8500, Atlanta,
Atlanta, GA 30308


CHTD Company
PO Box 2576
Springfield, IL 62708


City National Bank of Florida
100 SE 2nd St., 13th Floor
Miami, FL 33131


Clicklease LLC
1182W W 2400 S.
West Valley City, UT 84119


Credit Key
145 S. Fairfax Ave. 2nd Floor
Los Angeles, CA 90036


Dell Financial Services
PO Box 81577
Austin, TX 78708-1577


Doreen Walker
c/o Barry Rothberg Greenberg Taurig, PA
333 SE 2nd Ave.
Fort Lauderdale, FL 33324

Famis Inc.
5689 NW 35th Ct.
Miami, FL 33142


Fintegra LLC
1150 1st Ave. Suite 105
King of Prussia, PA 19406


Fintegra LLC
c/o David Fogel
1225 Franklin Ave Suite 201
Garden City, NY 11530


Fintegra LLC c/o David Fogel, Esq.
1225 Franklin Avenue Suite 201
Garden City, NY 11530


Flexibility Capital
1501 Broadwayy Suite 1511
New York, NY 10036


Flexibility Capital Inc.
1501 Broadway, Suite 1511
New York, NY 10036


Flexibility Capital Inc.
AWN&R Commercial Law Group, PLLC
Jeffrey Parrella, Esq. 14 Wall Street, 2
New York, NY 10005


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Franco Vaga
145-68 228th St.
Springfield Gardens, NY 11413


Fredman CPA
8958 W. State Rd. 84
Fort Lauderdale, FL 33324


Harness Automation
721 Lakewood Hills Terrace
Austin, TX 78732


Headway Capital LLC
175 W. Jackson Blvd., Suite 100
Chicago, IL 60604


Hertz
Via Del Casale Cavallari 204
Rome Italy,    00156

```
Home Depot Credit Services
PO Box 790340
Saint Louis, MO 63179


Home Show
1001 W. Cypress Creek Rd., Suit 100
Fort Lauderdale, FL 33309


JAS Forwarding
c/o Tucker, Albin & Associates
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080


Kinetix Solutions
5350 West Hillsboro Blvd., Suite 206
Coconut Creek, FL 33073


Lowes - Synchrony Bank
Attn. Bankruptcy Dept.
PO Box 71783
Philadelphia, PA 19176-1783


Message Media (Trusaltus)
c/o Altus Receivables Management
2121Arline Drive, Suite 520
Metairie, LA 70002


Navitas Credit Corp.
203 Fort Wade Rd., Suite 300
Ponte Vedra Beach, FL 32081


On Deck Capital
901 N. Stuart Street, FL 7
Arlington, VA 22203


Quickbooks Captial
c/o Intuit Financing
2700 Coast Avenue, Mountain View, CA, 94
Mountain View, CA 94043


Rubeles Inc.
12195 North East 2nd Ave
Miami, FL 33161


Sandow Publishing
3651 FAU Blvd.
Boca Raton, FL 33431


Shackelford Bowen McKinley & Norton LLP
1 Music Circle South, Suite 300
Nashville, TN 37203


Slope Tech
7 Freelon St.
San Francisco, CA 94107
```

```
Steven Schuler
c/o Jeffery Wertmann
201 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301


Swift Financial LLC
2211 North First Street
San Jose, CA 95131


Swift Financial LLC
c/o Stacey R. Gorin
Capehart & Soatchard PA 80000 Midatlanti
Mount Laurel, NJ 08054


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Ventana Serra LLC
c/o Spector Rubin
Spencer J. Wellborn, Esq.  Andrew R. Spe
Miami, FL 33133


Venture X West Palm Beach
700 S. Rosemary Square
West Palm Beach, FL 33401


Verozza
3025-A Ch. Bates
Montreal, QC H3S 2W8 Canada


WebFX
705 N. Front St.
Harrisburg, PA 17102


Zen Media
4614 SW 74th Ave.
Miami, FL 33155
```